UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALBERT THOMAS and ATG, a minor,<br><br>     Plaintiff,<br><br>     v.<br><br>ZION LUTHERAN SCHOOL, DAVID KNIEPKAMP, ZION LUTHERAN CHURCH, GARY BYERS, RICK GOVE, TERRY MARINO, CATHY RUDOLT and HELEN MYERS,<br><br>     Defendants. | Case No. 12-cv-1256-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On December 28, 2012, the Court ordered Thomas to show cause why the Court should not dismiss this case under Federal Rule of Civil Procedure 41(b) because Thomas failed to provide a good mailing address as required by Local Rule 3.1(b) (Doc. 9). At that time, the United States Postal Service had returned one item (a Notice and Consent form sent to Thomas when this case was opened) mailed to Thomas at the address he provided when he filed this case with indications that there was no such post office box number and that it was unable to forward the piece of mail.

Thomas responded to the order to show cause by providing the same address (Doc. 10). He attached to his response the envelope in which the order to show cause had been mailed and delivered to him bearing the same address the United States Postal Service had indicated before did not exist. Apparently, he was able to receive that piece of mail at the address.

About a week later, the United States Postal Service again returned a piece of mail (the Court's order striking Thomas's complaint (Doc. 6) and the Pro Se Litigant Guide) sent to Thomas at the address, also with markings that there was no such post office box number and that it was

unable to forward the piece of mail.

It is uncertain whether the address provided by Thomas is a good mailing address, but the Court will give it one more try. The Court **DIRECTS** the Clerk of Court to resend the items that were returned to the Court (the Notice and Consent form, the Court's December 14, 2012, order (Doc. 6) and the Pro Se Litigant Guide), along with this order, to the address provided by Thomas. The Court further **ORDERS** that the deadline for Thomas to submit an amended complaint is extended to February 15, 2013. Should this mail be returned, the Court will dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for Thomas's failure to obey a Court order to keep the Court apprized of his current mailing address.

**IT IS SO ORDERED.**
**DATED: January 29, 2013**

              s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**